# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Patrick Russell | Case No.:23–10319–jal |
| Debtor(s) | Chapter: 13 |

# NOTICE FOR OBJECTIONS

This matter comes before the Court regarding item(s) listed below:

*18* – Motion to Allow Deed in Lieu of Foreclosure. Filed by Debtor Patrick Russell. (Attachments: # 1 Proposed Order) (Price, Joseph)

and the Court being sufficiently advised,

IT IS HEREBY ORDERED that objections, if any, be filed with the Clerk of the U.S. Bankruptcy Court on or before August 14, 2023.

All objections shall by typewritten and in proper pleading form as required by the Federal Rules of Bankruptcy Procedure and you shall certify that you have mailed a copy of the objection to the Attorney for the debtor.

A copy of this notice shall be mailed to the debtor(s), counsel for the debtor(s), the U.S. Trustee and to all scheduled creditors and parties in interest.

Dated: 7/24/23

| | |
|---|---|
| By: TMP<br>Deputy Clerk | FOR THE COURT<br>Elizabeth H. Parks<br>Clerk, U.S. Bankruptcy Court |