UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **In the Matter of:** | } |
| | } Case No. 23-10319 |
| Patrick Russell | } |
| | } Chapter 13 |
| | } |
| **Debtor** | } |

## ORDER

Upon Motion of the Debtor, by and through Counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtor's Motion to Allow a Deed in Lieu of Foreclosure is **APPROVED**. The Debtor is permitted to deed the real property located at 430 East Caldwell Street, Louisville, KY 40203 to OCG Capital, LLC.

A copy of this Order will be mailed to the debtor; Counsel for the debtor; Trustee; and to all creditors and parties of interest.

Submitted By:

J. Corey Price
Counsel for Debtor
1717 Alliant Avenue, Suite 17
Louisville, Kentucky 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
corey@obryanlawoffices.com

Joan A. Lloyd
United States Bankruptcy Judge
Dated: August 15, 2023