# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case Number: 23-10319 |
| } | |
| Patrick Russell } | |
| } | Chapter 13 |
| } | |
| **Debtor** } | |

## SCHEDULE OF ALLOWED CLAIMS

      The Debtor, by counsel, states that the following claims have been duly proven and should be allowed as stated on the attached claims list and paid in accordance with the Order of Confirmation:

   (See attached Claims List).

Respectfully submitted,

O'BRYAN LAW OFFICES, P.S.C.
1717 Alliant Avenue, Suite 17
Louisville, Kentucky 40299
(502) 339-0222

 /s/ Joseph Corey Price
Joseph Corey Price

## CERTIFICATE OF SERVICE

   I hereby certify that the attached was served electronically to William W. Lawrence Chapter 13 Trustee, and the US Trustee, and a copy was mailed to the debtor on August 21, 2023.

| **CREDITOR** | **AMOUNT** |
|---|---|
| #1 Upstart Network, Inc.<br>Acct No 8216<br>P.O. Box 1931<br>Burlingame, CA 94011<br>*Allow as Unsecured.* | $38,679.10 |
| #2 Navy Federal Credit Union<br>Acct No 8631<br>P.O. Box 3000<br>Merrifield, VA 22119<br>*Treat as stated on the OC.* | $21,549.39 – Secured (7.5% int) |
| #3 Navy Federal Credit Union<br>Acct No 5619<br>P.O. Box 3000<br>Merrifield, VA 22119<br>*Allow as Unsecured.* | $5,348.90 |
| #4 Navy Federal Credit Union<br>Acct No 2908<br>P.O. Box 3000<br>Merrifield, VA 22119<br>*Allow as Unsecured.* | $13,575.22 |
| #5 American Bank & Trust Company, Inc.<br>Acct No 8197<br>P.O. Box 688<br>Bowling Green, KY 42102<br>*Treat as stated on the OC.* | To be paid directly except arrearage of $366.20 (no interest) |
| #6 Citizens Bank, NA<br>Acct No 7985<br>10561 Telegraph Road<br>Glen Allen, VA 23059<br>*Treat as stated on the OC.* | To be paid directly except arrearage of $140.30 (no interest) |

#7 JPMorgan Chase Bank, NA     $4,265.55
Acct No 9164
s/b/m/t Chase Bank USA, NA
c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
*Allow as Unsecured.*

#8 US Bank, NA     $1,759.46
Acct No 1670
Dba Elan Financial Services
Bankruptcy Department
P.O. Box 108
Saint Louis, MO 63166-0108
*Allow as Unsecured.*

#9 American Express National Bank     $247.19
Acct No 1004
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701
*Allow as Unsecured.*

#10 US Bank, NA     $9,760.74
Acct No 9509
Dba Elan Financial Services
Bankruptcy Department
P.O. Box 108
Saint Louis, MO 63166-0108
*Allow as Unsecured.*

#11 OneMain Financial     $6,087.52
Acct No 3968
P.O. Box 3251
Evansville, IN 47731
*Allow as Unsecured.*

#12 OneMain Financial     $7,275.00 – Secured (7.5% int)
Acct No 4916     $3,041.02 – Unsecured
P.O. Box 3251
Evansville, IN 47731
*Treat as stated on the OC.*

#13 Clinton Musgrove $10.00 – Secured (no interest)
2801 Watts Court $19,790.00 – Unsecured
Southlake, TX 76092
*Treat as stated on the OC.*

#14 Gregory Rutledge $15,000.00
c/o Pamela Bratcher, Attorney
943 College Street
Bowling Green, KY 42101
*Allow as Unsecured.*

#15 Army & Air Force Exchange Services $1,505.90 – Secured (9% int)
Acct No 4347 $5,698.46 – Unsecured
Attn: GC-G
3911 S. Walton Walker Blvd
Dallas, TX 75236
*Treat as stated on the OC.*

#16 Portfolio Recovery Associates, LLC $2,397.05
Acct No 4525
P.O. Box 12914
Norfolk, VA 32541
*Allow as Unsecured.*